IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DEON LASHETE LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 323-052 |
| ) | |
| MARTIN O'MALLEY, Commissioner of ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **AFFIRMS** the Commissioner's final decision, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter final judgment in favor of the Commissioner.

SO ORDERED this 14th day of March, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE