AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DEON LASHETE LEE,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV323-52

MARTIN O'MALLEY,

Defendant,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 14, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, the Commissioner's final decision is affirmed and final judgment is entered in favor of the Commissioner. This case stands closed.

| March 14, 2024 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/2020